# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY R. PRESLEY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | No. 18-4353 |
| SECURITY ADMINISTRATION, | : | |
|     Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, this 9th day of April, 2019, upon consideration of Plaintiff Jimmy R. Presley's Brief and Statement of Issues in Support of his Request for Review (doc. 10), the Commissioner's Response (doc. 11), and Presley's Reply (doc. 12), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for further proceedings consistent with this opinion;

3. JUDGMENT is entered in favor of Plaintiff and against the Commissioner; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                        BY THE COURT:

                                                        __/s/ Timothy R. Rice_____
                                                        TIMOTHY R. RICE
                                                        U.S. MAGISTRATE JUDGE